# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

### REHEARING ACTION: February 4, 2015

**Docket Number: 14   00522-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ASHAKI OKUNG KELLY**

**Appealed from Calcasieu Parish Case No. 9053-13**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Marc T. Amy**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Douglas Lee Harville** on behalf of **Ashaki Okung Kelly** has this day been

    **DENIED.**
    Amy, J., would grant the rehearing.

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Ashaki Okung Kelly** (pro se filing) has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
   Karen C. McLellan, Counsel for the Appellee
   Ashaki Okung Kelly, Counsel for the Appellant
   Douglas Lee Harville, Counsel for the Appellant